In the Matter of the Application of THE PEOPLE OF THE
    STATE OF NEW YORK, Respondent, to Vacate an Order of
    the Supreme Court Directing the Clerk of New York
    County to Register PETER F. MULVEY, Appellant, as a
    Veterinary Surgeon, nunc pro tunc, as of December 31,
    1890.

*Matter of Mulvey*, 134 App. Div. 948, affirmed.
(Submitted September 27, 1910; decided October 11, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered

November 9, 1909, which modified and affirmed as modified an order of Special Term vacating the order above mentioned.

. *Frank M. Avery* and *Joseph V. Mitchell* for appellant.

*Edward R. O'Malley, Attorney-General (Amos H. Stephens* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.